| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) AFRICK, LANCE M. | 2. Court or Organization USDC, EASTERN DISTRICT OF LA | 3. Date of Report 11/20/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee Member and Past President | Allstate Sugar Bowl |
| 2. Director | Africk Family Foundation, Inc. |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Wilson Elser Moskowitz Edelman & Dicker LLP - guaranteed payments |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | March 10 - 12, 2016 | Point Clear, AL | Bench Bar Conference | hotel, registration |
| 2. | American Conference Institute | July 28, 2016 | Chicago, IL | Speech,: Views from the Bench | hotel, airfare, ground transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Louisiana Local Gov. Enviro (Municipal Bond) | B | Interest | J | T | | | | | |
| 2. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | | | Buy | 01/05/16 | L | | |
| 3. | | | | | Sold (part) | 01/06/16 | J | | |
| 4. | | | | | Sold (part) | 01/08/16 | J | | |
| 5. | | | | | Sold (part) | 01/12/16 | J | | |
| 6. | | | | | Sold (part) | 01/13/16 | J | | |
| 7. | | | | | Buy | 01/15/16 | M | | |
| 8. | | | | | Buy | 01/19/16 | J | | |
| 9. | | | | | Sold (part) | 01/21/16 | J | | |
| 10. | | | | | Sold (part) | 01/22/16 | J | | |
| 11. | | | | | Sold (part) | 01/25/16 | J | | |
| 12. | | | | | Sold (part) | 01/26/16 | J | | |
| 13. | | | | | Sold (part) | 01/29/16 | J | | |
| 14. | | | | | Buy | 02/02/16 | J | | |
| 15. | | | | | Sold (part) | 02/03/16 | K | | |
| 16. | | | | | Sold (part) | 02/03/16 | K | | |
| 17. | | | | | Buy | 02/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/05/16 | J | | |
| 19. | | | | | Sold (part) | 02/10/16 | J | | |
| 20. | | | | | Buy | 02/17/16 | L | | |
| 21. | | | | | Sold (part) | 02/18/16 | M | | |
| 22. | | | | | Sold (part) | 02/26/16 | J | | |
| 23. | | | | | Sold (part) | 03/02/16 | K | | |
| 24. | | | | | Buy | 03/03/16 | K | | |
| 25. | | | | | Buy | 03/04/16 | J | | |
| 26. | | | | | Buy | 03/09/16 | J | | |
| 27. | | | | | Buy | 03/14/16 | K | | |
| 28. | | | | | Sold (part) | 03/15/16 | J | | |
| 29. | | | | | Buy | 03/16/16 | K | | |
| 30. | | | | | Sold (part) | 03/17/16 | K | | |
| 31. | | | | | Buy | 03/22/16 | J | | |
| 32. | | | | | Sold (part) | 03/23/16 | K | | |
| 33. | | | | | Sold (part) | 03/30/16 | J | | |
| 34. | | | | | Buy | 03/31/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 04/04/16 | L | | |
| 36. | | | | | Sold (part) | 04/05/16 | J | | |
| 37. | | | | | Sold (part) | 04/07/16 | J | | |
| 38. | | | | | Sold (part) | 04/13/16 | J | | |
| 39. | | | | | Buy | 04/18/16 | J | | |
| 40. | | | | | Sold (part) | 04/19/16 | J | | |
| 41. | | | | | Sold (part) | 04/20/16 | J | | |
| 42. | | | | | Sold (part) | 04/22/16 | J | | |
| 43. | | | | | Buy | 04/26/16 | J | | |
| 44. | | | | | Sold (part) | 04/27/16 | J | | |
| 45. | | | | | Buy | 05/03/16 | L | | |
| 46. | | | | | Sold (part) | 05/04/16 | J | | |
| 47. | | | | | Sold (part) | 05/13/16 | J | | |
| 48. | | | | | Buy | 05/17/16 | J | | |
| 49. | | | | | Sold (part) | 05/18/16 | J | | |
| 50. | | | | | Buy | 05/19/16 | J | | |
| 51. | | | | | Sold (part) | 05/24/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/24/16 | M | | |
| 53. | | | | | Buy | 05/25/16 | M | | |
| 54. | | | | | Sold (part) | 05/31/16 | K | | |
| 55. | | | | | Buy | 06/02/16 | K | | |
| 56. | | | | | Buy | 06/03/16 | K | | |
| 57. | | | | | Sold (part) | 06/06/16 | J | | |
| 58. | | | | | Buy | 06/07/16 | M | | |
| 59. | | | | | Buy | 06/16/16 | J | | |
| 60. | | | | | Sold (part) | 06/22/16 | J | | |
| 61. | | | | | Sold (part) | 06/23/16 | J | | |
| 62. | | | | | Sold | 06/24/16 | O | | |
| 63. RMA GOVT MONEY MARKET FUND (UBS) | A | Dividend | | | Buy | 06/24/16 | O | | |
| 64. | | | | | Sold (part) | 06/28/16 | J | | |
| 65. | | | | | Sold (part) | 07/08/16 | J | | |
| 66. | | | | | Sold (part) | 07/11/16 | J | | |
| 67. | | | | | Sold (part) | 07/27/16 | J | | |
| 68. | | | | | Sold (part) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/03/16 | J | | |
| 70. | | | | | Sold (part) | 08/08/16 | N | | |
| 71. | | | | | Sold (part) | 08/10/16 | L | | |
| 72. | | | | | Sold (part) | 08/12/16 | J | | |
| 73. | | | | | Sold (part) | 08/19/16 | M | | |
| 74. | | | | | Sold | 08/26/16 | J | | |
| 75. Facebook Inc. | | None | K | T | | | | | |
| 76. Allendale, MI Public Callable Bond | B | Interest | K | T | | | | | |
| 77. American Municipal Power OH Callable Bond | B | Interest | K | T | | | | | |
| 78. Maryland St. Health & Higher Bond | B | Interest | K | T | | | | | |
| 79. Long Island Power Callable Bond | B | Interest | | | Redeemed (part) | 06/02/16 | K | | |
| 80. | | | | | Redeemed | 10/28/16 | J | A | |
| 81. Illinois State FGIC Bond | C | Interest | L | T | | | | | |
| 82. Georgia Municipal Electric Bond | A | Interest | J | T | | | | | |
| 83. Clark CNTY Nevada School Callable Bond | C | Interest | | | Redeemed | 11/01/16 | J | A | |
| 84. Columbus OH Swr Callable Bond SER A | B | Interest | K | T | | | | | |
| 85. Columbus OH City Sch Callable Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Florida St. BER Callable Bond (2) | C | Interest | M | T | | | | | |
| 87. Connecticut St. Health & RV Callable Bond | B | Interest | | | Redeemed | 07/01/16 | K | A | |
| 88. Connecticut St. Health & Ser Callable Bond | A | Interest | J | T | | | | | |
| 89. Atlanta GA Water &Wastewater Rev Bond SER A | C | Interest | L | T | | | | | |
| 90. District Columbia Rev Callable Bond | A | Interest | | | Redeemed | 03/30/16 | J | A | |
| 91. Houston TX Util Sys Callable Bond | C | Interest | L | T | | | | | |
| 92. Connecticut ST Gen Rev Callable Bond SRD | A | Interest | | | Redeemed | 11/01/16 | J | A | |
| 93. Florida St Brd Ed Lottery SR A | B | Interest | K | T | | | | | |
| 94. Nevada St FGIC Callable Bond | B | Interest | K | T | | | | | |
| 95. Univ Houston TX Callable Bond | A | Interest | K | T | | | | | |
| 96. Kendall & Kane Countys Pref (frm Kendall & Kane Countys Callable Bond) | A | Interest | | | Redeemed | 01/04/16 | J | A | |
| 97. Kendall & Kane Countys (formerly Kendall & Kane Countys Callable Bond) | A | Interest | | | Redeemed | 03/21/16 | K | A | |
| 98. Florida St. Dept Environmen. Callable Bond (3) | C | Interest | L | T | | | | | |
| 99. University Ill Unv Callable Bond | A | Interest | | | Redeemed | 04/01/16 | J | A | |
| 100. Kentucky Infrastruct Callable Bond | C | Interest | L | T | | | | | |
| 101. Florida St Brd Ed. Lottery SrB | C | Interest | L | T | | | | | |
| 102. Metropolitan Trans AUNY SER A (2) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Metropolitan Trans Auth Asur D (2) (formerly Met Trans Auth NY Bond F) | B | Interest | K | T | | | | | |
| 104. Ohio St. Ser A Callable Bond | B | Interest | | | Redeemed | 03/01/16 | K | A | |
| 105. Pennyslvania Higher Ed Callable Bond | C | Interest | L | T | | | | | |
| 106. San Antonio TX Elec Callable Bond (2) | C | Interest | L | T | | | | | |
| 107. Texas State SRA CRO (formerly Texas State) | B | Interest | L | T | | | | | |
| 108. Amarillo Tex CTFS Callable Bond | B | Interest | K | T | | | | | |
| 109. Conneticut St Gen Ser A Callable Bond | C | Interest | L | T | | | | | |
| 110. Florida St Brd Educ Pub Callable Bond | B | Interest | L | T | | | | | |
| 111. John Hancock Variable Annuity | | None | N | T | | | | | |
| 112. Blackrock MUN Target Term Trust BTT (prev Blackrock Mun Target Trust) | C | Dividend | L | T | | | | | |
| 113. Nuveen Inter Duration NID (formerly Nuveen Inter Duration ) | C | Dividend | L | T | | | | | |
| 114. Pimco Dynamic PCI (formerly Pimco Dynamic CR Income FD) | D | Dividend | K | T | | | | | |
| 115. Louisiana St Gas & Fuels Tax | C | Interest | M | T | | | | | |
| 116. Louisiana St RFDG SER C | C | Interest | L | T | | | | | |
| 117. Metro Atlanta Rapid GA SER B (formerly Metropolitan Allstat Rapid..) | B | Interest | L | T | | | | | |
| 118. Pueblo Cnty Colo CTFS PARTN Cnty Judicial Complex | B | Interest | K | T | | | | | |
| 119. Atlanta GA WTR & WASTE WATER FSA SR B | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Boynton Beach Fla Util Sys Rev | B | Interest | K | T | | | | | |
| 121. Miami Dade Cnty Fla SCH BRD CTFS SER B | A | Interest | L | T | | | | | |
| 122. Louisiana LOC GOVT Environmental Assur SR B | D | Interest | K | T | | | | | |
| 123. Center Coast MLP & Infrastructure FD | C | Dividend | K | T | | | | | |
| 124. New Jersey ST Trans TRFD SER AA (2) | D | Interest | M | T | | | | | |
| 125. Midland Cnty TEX Fresh WTR Supply DIST (2) | D | Interest | N | T | | | | | |
| 126. University WIS Hosps & Clinics Auth Rev SER A | C | Interest | L | T | | | | | |
| 127. Apple Inc | A | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 128. NJ Eco SR NN Y25 ( formerly New Jersey Econ DevAuth Rev RFDG) | C | Interest | M | T | | | | | |
| 129. Nuveen Ltd Municipal Bond Fund | A | Dividend | K | T | Sold (part) | 02/23/16 | J | A | |
| 130. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 131. AT&T Inc. | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 132. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 133. Proctor & Gamble PG | A | Dividend | J | T | Buy (add'l) | 02/25/16 | J | | |
| 134. First Eagle Global Fund Class A | | None | | | Sold | 02/23/16 | J | A | |
| 135. Pfizer, Inc. | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 136. FPA Crescent Fund | A | Dividend | | | Sold | 02/23/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Altria Group, Inc. | A | Dividend | | | Sold | 02/23/16 | J | B | |
| 138. Starbucks Corp | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 139. Yacktman Focused Fund | | None | | | Sold | 02/23/16 | J | A | |
| 140. Lord Abbett Bond Debenture Fund | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 141. Guggenheim Macro Opportunities Fund Class A | A | Dividend | | | Sold | 02/23/16 | K | A | |
| 142. Berkshire Hathaway CL B | | None | | | Sold | 02/25/16 | J | A | |
| 143. Corning Inc DF (Y) | | | | | | | | | |
| 144. Fidelity Advisor Floating Rate High Income Fund (Y) | | | | | | | | | |
| 145. Neuberger Berman Long Short Fund Class | | None | | | Sold | 02/23/16 | K | A | |
| 146. Goldman Sachs Strategic Income CLI (Y) | | | | | | | | | |
| 147. Apple Inc | A | Dividend | J | T | | | | | |
| 148. Goldman Sachs, Inc Bder I | A | Dividend | | | Sold | 02/23/16 | K | A | |
| 149. Goldman Sachs Strategic Income CLI (Y) | | | | | | | | | |
| 150. First Eagle Gloval Income Builder (Y) | | | | | | | | | |
| 151. Prudential Short Duration High Yield Tax (Y) | | | | | | | | | |
| 152. Lord Abbett Short Duration Income (Y) | | | | | | | | | |
| 153. New York ST NR3 (prev New York ST Dorm Auth REV Non State Sup Debt) | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pennsylvania ST TPK Commn TPK REV for Issued DTD | A | Interest | M | T | Buy (add'l) | 09/28/16 | M | | |
| 155. Univ Ala CM1 (formerly Univ ALA At Birmingham HOSP REV SER A) | D | Interest | M | T | | | | | |
| 156. Boeing Company Symbol BA | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 157. British Amer Tabacco PLC GB SPON ADR | A | Dividend | J | T | | | | | |
| 158. Colgate Palmolive Co Symbol CL | A | Dividend | J | T | | | | | |
| 159. Crane Co Symbol CR | A | Dividend | J | T | | | | | |
| 160. Diago PLC New GB SPON ADR Symbol DEO | A | Dividend | J | T | | | | | |
| 161. Dominion Resources Inc | A | Dividend | J | T | | | | | |
| 162. Home Depot Inc Symbol HD | A | Dividend | J | T | | | | | |
| 163. Illinois Tool Works Inc Symbol ITW | A | Dividend | J | T | | | | | |
| 164. Intel Corp Symbol INTC | A | Dividend | J | T | | | | | |
| 165. Johnson Controls Inc. Symbol JCI | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 166. Microsoft Corp Symbol MSFT | | None | J | T | | | | | |
| 167. Medtronic PLC Symbol MDT | A | Dividend | J | T | | | | | |
| 168. Nordstrom Inc Symbol JWN | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 169. Novartis AG SPON ADR Symbol NVS | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 170. Nextera Energy Inc COM Symbol NEE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Occidental Petroleum CRP Symbol OXY | A | Dividend | J | T | | | | | |
| 172. Pepsico Inc Symbol PEP | A | Dividend | J | T | | | | | |
| 173. Rockwell Automation Inc NEW Symbol ROK | A | Dividend | J | T | | | | | |
| 174. Invesco LTD Symbol IVZ | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 175. Schlumberger LTD Netherland Antilles Symbol SLB | A | Dividend | J | T | | | | | |
| 176. Toronto Dominion BK New Canada CAD Symbol TD | A | Dividend | | | Sold | 11/08/16 | J | A | |
| 177. Texas Instruments Symbol TXN | A | Dividend | J | T | | | | | |
| 178. Union Pacific Corp Symbol UNP | A | Dividend | J | T | | | | | |
| 179. United Technologies Corp Symbol UTX | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 180. VF Corp Symbol VFC | A | Dividend | J | T | Buy (add'l) | 11/08/16 | J | | |
| 181. Yum Brands Inc Symbol YUM | A | Dividend | J | T | | | | | |
| 182. New Jersey ST L22 (formerly New Jersey St Hghr Ed SR2) | B | Interest | K | T | Redeemed (part) | 07/01/16 | J | A | |
| 183. Avalon Hldgs Symbol AVOL (Y) | | | | | | | | | |
| 184. Ecolab Inc Symbol ECL | B | Dividend | M | T | | | | | |
| 185. Inovalan Hldgs Symbol INOV | | None | | | Sold | 11/08/16 | J | A | |
| 186. Brevard Co Fla Sch Brd | A | Interest | | | Redeemed | 01/04/16 | K | A | |
| 187. Cedar Hill Tex CTFS Sync | B | Interest | | | Redeemed | 02/16/16 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Canadian Riv Mun Tex Rev | A | Interest | | | Redeemed | 02/16/16 | J | A | |
| 189. Rhode Island Providence Plant | B | Interest | | | Redeemed | 08/01/16 | K | A | |
| 190. Cape Coral FL WTR SWR | A | Interest | | | Redeemed | 10/04/16 | J | A | |
| 191. Bastrop Cnty Texas | A | Interest | J | T | | | | | |
| 192. MASS ST HEALTH & EDL FACS AUTH REV | A | Interest | | | Redeemed | 03/03/16 | J | A | |
| 193. Tampa-Hillborough FL2 (formerly Tampa-Hillsborough Cnty Assur A) | C | Interest | L | T | | | | | |
| 194. Delaware VY ER3 (formerly Delaware VY PA Regl Auth) | A | Interest | K | T | | | | | |
| 195. Jacksonville Elec 4H5 (formerly Jacksonville Elec Au FL SR C) | C | Interest | L | T | | | | | |
| 196. Mass ST GO Consol Ln SR A | B | Interest | K | T | | | | | |
| 197. Miami-Dade Cnty GS4 (formerly Miami Dade Cnty FL Edl SR B) | C | Interest | L | T | | | | | |
| 198. Connecticut ST LQ6 (formerly Conneticut ST Health & Edl SR T) | A | Interest | K | T | | | | | |
| 199. New York ST MY6 ( formerly New York ST Dorm Auth SR C) | B | Interest | K | T | | | | | |
| 200. Broward CO FL VC9 (formerly Broward CO FL Arpt SR C) | D | Interest | M | T | | | | | |
| 201. Jacksonville FL KA3 (formerly Jacksonville FL Sales T Assur) | A | Interest | J | T | | | | | |
| 202. Deltona FL BZ2 (formerly Deltona FL Util Sys) | B | Interest | K | T | | | | | |
| 203. Tangipahoa Par DK5 (formerly Tangipahoa Par LA Hsp) | A | Interest | K | T | | | | | |
| 204. Hartford CT For Issues D SR A | B | Interest | | | Sold | 09/27/16 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Memphis Ctr BL7 (formerly Memphis Ctr City Fin) | C | Interest | L | T | | | | | |
| 206. California St YB4 (formerly California ST Univ System SR A) | B | Interest | L | T | | | | | |
| 207. Daytona Beach FL CF2 (formerly Daytona Beach FL Util Sys) | B | Interest | L | T | | | | | |
| 208. New Jersey Trans Trust Fund (Y) | | | | | | | | | |
| 209. Indiannapolis Ind Loc Pub SER L | B | Interest | L | T | | | | | |
| 210. Brazoria Cnty TX CTFS | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 211. NJ ECO V26 (formerly NJ ECO DV Uth Sch SR NN (2)) | D | Interest | L | T | | | | | |
| 212. Las Vegas Q60 (formerly Las Vegas NV GO LT) | B | Interest | K | T | | | | | |
| 213. Southern ILL Univ Revs | A | Interest | J | T | | | | | |
| 214. North Carolina Infrastru | C | Interest | L | T | | | | | |
| 215. Tampa FL BH3 (formerly Tampa FL Hosp SR B) | B | Interest | L | T | | | | | |
| 216. Vermont St DR3 (formerly Vermont ST Pub Pwr Sply) | B | Interest | L | T | | | | | |
| 217. Philadelphia PA WLL (formerly Philadelphia PA Wstewtr SR C) | A | Interest | J | T | | | | | |
| 218. Conneticut ST JU7 (formerly Conneticut St for Issue SR E) | C | Interest | L | T | | | | | |
| 219. Univ IL CP8 (formerly Univ IL Brd Trust EES CT) | A | Interest | J | T | | | | | |
| 220. Daytona Beach CC9 (formerly Daytona Beach FL Util Due 110127) | D | Interest | M | T | | | | | |
| 221. Miami FL HU2 (formerly Miami FL Special Oblig) | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. North TEX TWY Auth Rev SER A | A | Interest | K | T | | | | | |
| 223. Will Co KL8 (formerly Will Co IL Cmnty Hsd NO SR A) | B | Interest | K | T | | | | | |
| 224. Maryland St LSO (formerly Maryland St Cmty Dev) | A | Interest | K | T | | | | | |
| 225. Miami Dade Cnty QU2 (formerly Miami Dade Cnty Fla Sch Partn) | A | Interest | J | T | | | | | |
| 226. Indiana Mun Pwr 2M2 (formerly Indiana Mun Pwr Agy Pwr SR A) | A | Interest | K | T | | | | | |
| 227. NJ ECO DV UTH Due Due 030124 | A | Interest | K | T | | | | | |
| 228. Onondaga Cnty NY Indl | B | Interest | K | T | | | | | |
| 229. Kansas City Mo SPL OBLIG SR B | D | Interest | M | T | | | | | |
| 230. Texas ST LW7 (formerly Texas St SR A ) | C | Interest | L | T | | | | | |
| 231. South Jersey Port Corp M RV | B | Interest | | | Redeemed | 11/11/16 | J | A | |
| 232. New York St Twy Auth St SR A | D | Interest | M | T | | | | | |
| 233. New Jersey Trans Trust SR AA | C | Interest | L | T | | | | | |
| 234. Atlanta GA Pub Safety & Judicial Rev | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 235. New Jersey St Tok Auth SER A | B | Interest | K | T | | | | | |
| 236. Victoria TX ISD | A | Interest | K | T | | | | | |
| 237. Louisiana St Gas & Fuels FSA SR A | A | Interest | | | Redeemed | 05/02/16 | J | | |
| 238. Pennsylvania St Tpk SR A-1 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Univ Pittsburgh SR B RV | B | Interest | K | T | | | | | |
| 240. Connecticut St Gen SER C | D | Interest | M | T | | | | | |
| 241. Spring Tex Indpt Sch Dist | A | Interest | J | T | | | | | |
| 242. Fort Bend Cnty TX LTD | A | Interest | K | T | | | | | |
| 243. Miami-Dade Cnty FL Edl Amtac Sr A (formerly Miami Dade Cnty FL Edl) | C | Interest | L | T | | | | | |
| 244. Connecticut ST Health & Rev NPFG | A | Interest | K | T | | | | | |
| 245. Palm Beach Cnty FL Sch Brd | A | Interest | J | T | | | | | |
| 246. Univ IL Brd Trust EES CX1 (former Univ IL Brd Trust EES Pre-Ref) | A | Interest | J | T | | | | | |
| 247. Pennsylvania St SR A | B | Interest | L | T | | | | | |
| 248. Alabama St Pub Sch & Clge | B | Interest | K | T | | | | | |
| 249. New Haven Connecticut GO SER 08A | A | Interest | K | T | | | | | |
| 250. Texas St Univ Sys KQ6 (formerly Texas ST Univ Sys FING R) | B | Interest | K | T | | | | | |
| 251. Oak Island NC Enterprise Asur | A | Interest | J | T | | | | | |
| 252. Mobile Ala Master Ambac | A | Interest | | | Redeemed | 03/02/16 | K | A | |
| 253. Oregon ST Elderly & Disabled | A | Interest | | | Redeemed | 11/30/16 | J | A | |
| 254. South Jersey Port Corp RV | A | Interest | | | Redeemed | 11/11/16 | J | A | |
| 255. Texas St SR A CT6 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Univ IL UNV NATIO REVS | A | Interest | | | Redeemed | 04/01/16 | J | A | |
| 257. New Jersey ST CTFS Partn SER A | A | Interest | K | T | | | | | |
| 258. Torrance Calif HP RV TOR | B | Interest | K | T | | | | | |
| 259. Connecticut St Health & Edl SER J | A | Interest | K | T | | | | | |
| 260. Gulfport MS Hosp REV | B | Interest | | | Redeemed | 07/05/16 | K | A | |
| 261. Maine Health & Higher ED | A | Interest | J | T | | | | | |
| 262. NYS Dorm AU REVS Non St | B | Interest | | | Redeemed | 07/01/16 | J | | |
| 263. Cucamonga VY CA Wtr SER A | C | Interest | L | T | | | | | |
| 264. Palm Beach Co Fla Hsg SR A | A | Interest | J | T | | | | | |
| 265. Miami-Dade Cnty Fla Spl SR A | B | Interest | L | T | | | | | |
| 266. Orlando Orange Cnty FL | B | Interest | K | T | | | | | |
| 267. Orange Cnty FL Transit | A | Interest | | | Redeemed | 10/01/16 | J | A | |
| 268. Greenwood SC 50 Sch FAC | A | Interest | J | T | | | | | |
| 269. Hialeah Fla Hsg Auth REV | A | Interest | K | T | | | | | |
| 270. Mass St Wtr Res Au SR B | A | Interest | K | T | | | | | |
| 271. Blackrock Municipal BKK (formerly Blackrock Municipal 2020 Term) | A | Dividend | K | T | | | | | |
| 272. Blackrock Munivest MVT (formerly Blackrock Munivest Fund II) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Blackrock Municipal Income BFI (formerly Blackrock Municipal Income) | B | Dividend | K | T | | | | | |
| 274. Invesco High Yield Municipal Fund | D | Dividend | M | T | | | | | |
| 275. Aegon AEH (formerly Aegon N V PRP CP SEC) | B | Dividend | K | T | | | | | |
| 276. Polen Growth Fund Class I | | None | | | Sold | 02/23/16 | J | A | |
| 277. Technology Sector Spdr Trust | | None | | | Sold | 02/25/16 | J | A | |
| 278. UBS Bank USA DEP | A | Interest | J | T | | | | | |
| 279. Nuveen Real Asset Income Fund Class C | | None | J | T | | | | | |
| 280. First Eagle Global Fund Class C | | None | J | T | | | | | |
| 281. American Century Equity Income | | None | J | T | | | | | |
| 282. Pimco Income Fund Class C | | None | J | T | | | | | |
| 283. Alliance Bornstein High Income Muni | A | Dividend | | | Sold | 02/23/16 | K | A | |
| 284. Vodafone Group PLC | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 285. American bn Lndn Inc | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 286. Energy Sector Spdr Trust | | None | | | Sold | 02/25/16 | J | A | |
| 287. First Eagle Overseas Fund Class I | | None | | | Sold | 02/23/16 | J | A | |
| 288. Financial Sector Spdr Trust ETE | | None | | | Sold | 02/25/16 | J | A | |
| 289. Amazon Com Inc | | None | J | T | Buy | 01/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Apple Inc | A | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 291. Boeing Company | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 292. UNTD Technologies Corp | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 293. University TEX PERM UNIV FD SER A (X) | C | Interest | M | T | | | | | |
| 294. Roseville MICH CMNTY SCHS RFDG (X) | A | Interest | | | Redeemed | 05/02/16 | J | A | |
| 295. Lincoln MI CONS S?D RFDG GO (X) | A | Interest | | | Redeemed | 05/18/16 | J | A | |
| 296. Hillsborough CNTY FLA SCH BRD CTFS (X) | A | Interest | | | Redeemed | 07/01/16 | K | A | |
| 297. Truckee Meadows NEV WTR AUTH WTR REV (X) | A | Interest | | | Redeemed | 07/01/16 | J | A | |
| 298. Southwest Higher ED AUTH INC TEX REV | B | Interest | M | T | Buy | 08/03/16 | M | | |
| 299. Texas A&M UNIV REV | B | Interest | M | T | Buy | 08/03/16 | M | | |
| 300. Round Rock TEX PREREFUNDED RFDG (X) | A | Interest | | | Redeemed | 08/15/16 | J | | |
| 301. Port Auth NY & NJ RFDG | C | Interest | M | T | Buy | 08/16/16 | M | | |
| 302. College Park GA BUSINESS & INDL DEV AUTH REV RFDG (X) | B | Interest | | | Redeemed | 09/01/16 | K | | |
| 303. New York NY CALLABLE 253 | B | Interest | M | T | Buy | 09/12/16 | M | | |
| 304. Washington St for Issues 2017 | | None | M | T | Buy | 09/13/16 | M | | |
| 305. New York NY CITY TRANS FIN AUTH REV | A | Interest | L | T | Buy | 09/13/16 | L | | |
| 306. Austin TX CMNTY COLLEGE DIST PUB FAC REV | | None | M | T | Buy | 09/13/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Port ST Lucie FLA UTIL REV RFDG | | None | M | T | Buy | 09/14/16 | M | | |
| 308. Pennsylvania ST E57 | | None | M | T | Buy | 09/14/16 | M | | |
| 309. Miami-Dade CNTY FLA SER A RK8 | | None | M | T | Buy | 09/15/16 | M | | |
| 310. Houston TEX CMNTY COLLEGE SYS REV | B | Interest | K | T | Buy | 09/15/16 | M | | |
| 311. Arizona ST TRANSN BRD RV | | None | M | T | Buy | 09/16/16 | M | | |
| 312. Allen TX INDPT SCH DIST RFDG | | None | L | T | Buy | 09/20/16 | M | | |
| 313. New York ST DORM AUTH ST SRB RV D46 | | None | M | T | Buy | 09/20/16 | M | | |
| 314. Indiana ST FIN AUTH WASTEWATER UTIL REV | A | Interest | M | T | Buy | 09/20/16 | M | | |
| 315. University HI SER E RV | C | Interest | M | T | Buy | 09/21/16 | M | | |
| 316. Texax WTR DEV BRD REV | | None | M | T | Buy | 09/21/16 | M | | |
| 317. Honolulu Hi Cnty -B SER B | | None | M | T | Buy | 09/21/16 | M | | |
| 318. New York ST URBAN DEV SR A RV | | None | M | T | Buy | 09/22/16 | M | | |
| 319. San Antonio TX WTR Syst SR B | C | Interest | M | T | Buy | 09/22/16 | M | | |
| 320. Lake Dallas TEX ISD Perma | | None | M | T | Buy | 09/26/16 | M | | |
| 321. Cameron CNTY TEX ISD Perma | | None | M | T | Buy | 09/30/16 | M | | |
| 322. UNIV MI UNV RV | | None | M | T | Buy | 10/04/16 | M | | |
| 323. Key West FLA UTIL bRD ELEC REV (X) | A | Interest | | | Redeemed | 10/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. North Harris CNTY TX WTR AU REV | B | Interest | M | T | Buy | 10/17/16 | M | | |
| 325. Fort Myers FLA VA1 (X) | A | Interest | | | Redeemed | 12/01/16 | J | A | |
| 326. Fort Myers FLA VC7 (X) | A | Interest | | | Redeemed | 12/01/16 | J | A | |
| 327. Dallas TX QS8 (X) | A | Interest | | | Redeemed | 12/01/16 | J | A | |
| 328. Dallas TX RF5 (X) | A | Interest | | | Redeemed | 12/01/16 | J | A | |
| 329. Bexar CNTY TX XW5 | | None | L | T | Buy | 12/01/16 | L | | |
| 330. Mendocino Calif Coast AQ5 (X) | A | Interest | | | Redeemed | 12/20/16 | J | A | |
| 331. Houston TX Util GU5 | C | Interest | M | T | Buy | 10/13/16 | M | | |
| 332. Texas ST for Issues Q44 | C | Interest | M | T | Buy | 09/21/16 | M | | |
| 333. LA CA Cmnty Redev AV1 | A | Interest | | | Redeemed | 11/21/16 | J | A | |
| 334. New York NY for Previous A-1 FC8 | | None | M | T | Buy | 09/27/16 | M | | |
| 335. Illinois ST SER A MWD (X) | B | Interest | | | Redeemed | 12/02/16 | K | | |
| 336. Pennsylvania St TPK SQ3 | A | Interest | M | T | Buy | 12/03/16 | M | | |
| 337. Illinois St Amboc (X) | A | Interest | | | Redeemed | 12/02/16 | J | A | |
| 338. Washington St for Issues SR C | | None | M | T | Buy | 10/20/16 | M | | |
| 339. Pennsylvania St TPK Comm Build AT BAM | C | Interest | M | T | Buy | 10/20/16 | M | | |
| 340. Mi Mun Bd AV Clean Water (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. OK Muni Pur Au Pwr Supp (X) | A | Interest | J | T | | | | | |
| 342. Frederick Md Mtg RV RFDG (X) | A | Interest | J | T | | | | | |
| 343. New Jersey Health Care F (X) | A | Interest | K | T | | | | | |
| 344. City of NY A-1 Z58 (X) | B | Interest | K | T | | | | | |
| 345. New York NY For Previous Asur C-1 7A3 (X) | A | Interest | K | T | | | | | |
| 346. New York St Dorm Auth RE F68 (X) | B | Interest | L | T | | | | | |
| 347. Austin TX Htl Occupony EX1 (X) | A | Interest | K | T | | | | | |
| 348. Chicago IL O Hare Intl A (X) | A | Interest | K | T | | | | | |
| 349. North TX Twy Auth Sr B Q64 (X) | A | Interest | J | T | | | | | |
| 350. Dallas TX Indpt Sch RPO (X) | A | Interest | J | T | | | | | |
| 351. Dutchess Cnty Assur RV (X) | A | Interest | J | T | | | | | |
| 352. Flat Bluff TX (X) | B | Interest | K | T | | | | | |
| 353. Ohio State Sr B Pt7 (X) | D | Interest | M | T | | | | | |
| 354. Tanger Factory Outlet Centers Inc (X) | A | Dividend | J | T | | | | | |
| 355. Yum China Hldgs Inc (X) | A | Dividend | J | T | | | | | |
| 356. Lower Colo Riv Au TX (X) | A | Interest | K | T | | | | | |
| 357. Birmingham ALAWtrwks & Ser A (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Richmond VA Pub Util Rev (X) | A | Interest | J | T | | | | | |
| 359. Aldine TX Indpt Sch (X) | A | Interest | K | T | | | | | |
| 360. Deer Park TX ISD (X) | B | Interest | K | T | | | | | |
| 361. Pearland TX Cert Oblig (X) | A | Interest | J | T | | | | | |
| 362. Illinois ST 4FZ´(X) | C | Interest | J | T | | | | | |
| 363. Miami-Dade Cnty FLA RV FV8(X) | A | Interest | J | T | | | | | |
| 364. Miami-Dade Cnty FLA Spl MNO (X) | A | Interest | K | T | | | | | |
| 365. Elyria Ohio City Sch Dist Syn (X) | A | Interest | K | T | | | | | |
| 366. Washington St Ser B & AT-7 (X) | A | Interest | J | T | | | | | |
| 367. Metro Atlanta Rapid Trans GA Tax (X) | A | Interest | K | T | | | | | |
| 368. Titus Co TX Asur (X) | A | Interest | J | T | | | | | |
| 369. El Monte CA UN High Sch Assur SR A (X) | B | Interest | K | T | | | | | |
| 370. Marion Co FL Pub SrA Assur (X) | A | Interest | J | T | | | | | |
| 371. Broward Cnty Fl Sch Brd YU5 (X) | A | Interest | J | T | | | | | |
| 372. Chester Co PA Pref (X) | A | Interest | J | T | | | | | |
| 373. Maryland St for Issues D SrB (X) | A | Interest | K | T | | | | | |
| 374. Marysville CA JT Uni Agr (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Oange Cnty FL Sch Brd NSO (X) | A | Interest | J | T | | | | | |
| 376. Texas St Techinical Colle Assur CB6 (X) | A | Interest | J | T | | | | | |
| 377. Texas St Technical Colle Assur C65 (X) | B | Interest | L | T | | | | | |
| 378. New York St Dorm Auth AY7 (X) | A | Interest | J | T | | | | | |
| 379. Miami-Dade Cnty Fl Aria WT1 (X) | A | Interest | K | T | | | | | |
| 380. Univ CT Genl Oblig SR A (X) | A | Interest | K | T | | | | | |
| 381. Harris Co TX Hlth JC9 (X) | A | Interest | J | T | | | | | |
| 382. Rhode IS St Econ DV Corp (X) | A | Interest | J | T | | | | | |
| 383. Michigan Mun BD Auth (X) | A | Interest | K | T | | | | | |
| 384. Columbia SC Wtrwks Swr Sr A (X) | A | Interest | K | T | | | | | |
| 385. Massachusetts St Dev Fin B-s (X) | B | Interest | L | T | | | | | |
| 386. New Jersey Health Care Radia (X) | A | Interest | J | T | | | | | |
| 387. Illinois HSG Dev Au Mult (X) | A | Interest | J | T | | | | | |
| 388. Oklahoma Agric & Mechani (X) | A | Interest | K | T | | | | | |
| 389. Louisiana St Transn Auth SrA (X) | D | Interest | N | T | | | | | |
| 390. Tennessee St SrA (X) | A | Interest | K | T | | | | | |
| 391. Will Cnty IL Cmnty RC4 (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Southwind HSG Inv Evnsvl (X) | A | Interest | J | T | | | | | |
| 393. North Carolina Estn Mun RV Radia (X) | A | Interest | J | T | | | | | |
| 394. New York NY for Previous D-1 3FS (X) | A | Interest | K | T | | | | | |
| 395. New Jersey Hlth Care FAC (X) | B | Interest | K | T | | | | | |
| 396. Honolulu HI Wstewtr Cnty Rev (X) | A | Interest | K | T | | | | | |
| 397. Glendale AZ Transn B26 (X) | A | Interest | J | T | | | | | |
| 398. Manatee Cnty FL Sch Natio (X) | A | Interest | K | T | | | | | |
| 399. Broward Cnty Fl Sch Brd Ser A TYO (X) | A | Interest | J | T | | | | | |
| 400. Broward Cnty FL Sch Brd Ser A TE4 (X) | A | Interest | J | T | | | | | |
| 401. Orange Cnty FL Sch Brd MF9 (X) | A | Interest | J | T | | | | | |
| 402. Orange Cnty FL Sch Brd LU7 (X) | A | Interest | J | T | | | | | |
| 403. Temple TX Util Sys (X) | A | Interest | K | T | | | | | |
| 404. Massachusetts St Sch Ambac FF5 (X) | A | Interest | J | T | | | | | |
| 405. Sacramento CA Area FGIC Sr A (X) | A | Interest | J | T | | | | | |
| 406. Miami-Dade Cnty Fla Aviation RV2 (X) | C | Interest | L | T | | | | | |
| 407. NewYork NY for Previa 6V8 (X) | A | Interest | J | T | | | | | |
| 408. Philadelphia PA Gas Wks (X) | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. New York NY For Previa 385 (X) | A | Interest | K | T | | | | | |
| 410. North TX Twy Auth PWO (X) | B | Interest | L | T | | | | | |
| 411. New Haven Connecticut Co XZ6 (X) | A | Interest | J | T | | | | | |
| 412. Texas St LCL (X) | A | Interest | J | T | | | | | |
| 413. Miami-Dade Cnty Fla VAO (X) | A | Interest | J | T | | | | | |
| 414. Miami-Dade Cnty Fla Sch UXI (X) | A | Interest | J | T | | | | | |
| 415. Miami-Dade Cnty FL UY9 (X) | C | Interest | J | T | | | | | |
| 416. Wisconsin St Ser C (X) | A | Interest | J | T | | | | | |
| 417. Broward Cnty Fl Sch VK7 (X) | A | Interest | J | T | | | | | |
| 418. Metro Atlanta Rapid Tran PH1 (X) | A | Interest | J | T | | | | | |
| 419. New Jersey ST Edl Facs A P27 (X) | A | Interest | J | T | | | | | |
| 420. Wayne St Univ Mi Univ W44 (X) | A | Interest | J | T | | | | | |
| 421. St of WA GO SrE GE4 (X) | A | Interest | K | T | | | | | |
| 422. St of WA GO Sr E GM6 (X) | A | Interest | K | T | | | | | |
| 423. Conneticut St for Issue Sr A RBO (X) | A | Interest | K | T | | | | | |
| 424. Albany Daugherty AB6 (X) | A | Interest | | | | | | | |
| 425. Univ HI Brd Reg Sr E JP2 | | None | K | T | Buy | 12/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Texas St Univ Sys TV6 | | None | L | T | Buy | 12/13/16 | L | | |
| 427. Harris Co TX Hlth TD7 (X) | A | Interest | J | T | | | | | |
| 428. Albany Dougherty AA8 (X) | A | Interest | J | T | | | | | |
| 429. New Jersey St EG1 (X) | B | Interest | K | T | | | | | |
| 430. Beaumont Unified DG6 (X) | A | Interest | J | T | | | | | |
| 431. NJ ECO DV WS8 (X) | A | Interest | K | T | | | | | |
| 432. Orange Cnty FL Health AY1 (X) | A | Interest | K | T | | | | | |
| 433. Oregon St Dept CT9 (X) | A | Interest | J | T | | | | | |
| 434. Louisiana LDC Govt NG5 (X) | A | Interest | M | T | | | | | |
| 435. New Jersey Trans Trust PZ8 (X) | B | Interest | K | T | | | | | |
| 436. Univ Houston TX 8M1 (X) | A | Interest | J | T | | | | | |
| 437. Massachusetts H&E JS1 (X) | B | Interest | K | T | | | | | |
| 438. Illinois St K42 (X) | A | Interest | L | T | | | | | |
| 439. Livonia MI Pub Sch SUO (X) | A | Interest | K | T | | | | | |
| 440. Florida St CE6 (X) | A | Interest | K | T | | | | | |
| 441. Harris Co TX Hlth FACS HU7 (X) | A | Interest | J | T | | | | | |
| 442. Cleveland OH Income KGO (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Austin TX EL2 (X) | A | Interest | J | T | | | | | |
| 444. Chi IL MVO (X)` | A | Interest | J | T | | | | | |
| 445. New Jersey Trans QA2 (X) | A | Interest | J | T | | | | | |
| 446. North TX Twy TB2 (X) | A | Interest | J | T | | | | | |
| 447. Douglass Co DF2 (X) | A | Interest | K | T | | | | | |
| 448. Dallas TX RS4 (X) | A | Interest | K | T | | | | | |
| 449. South Broward FL HP1 (X) | A | Interest | J | T | | | | | |
| 450. Univ CA HT5 (X) | B | Interest | K | T | | | | | |
| 451. Lincoln St Hlth SU1 (X) | A | Interest | K | T | | | | | |
| 452. Sacramento Cnty CA JD5 (X) | A | Interest | K | T | | | | | |
| 453. Pennsylvania St Tpk CW1 (X) | A | Interest | K | T | | | | | |
| 454. Almeda Corridor GN9 (X) | C | Interest | L | T | | | | | |
| 455. Miami-Dade Cnty BW5 (X) | A | Interest | J | T | | | | | |
| 456. Riverside CA Elec QQ5 (X) | A | Interest | K | T | | | | | |
| 457. New York St TU7 (X) | A | Interest | J | T | | | | | |
| 458. Connecticut St Health WC5 (X) | B | Interest | K | T | | | | | |
| 459. City of NY NAD (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Broward CO FL Arpt UE6 (X) | C | Interest | L | T | | | | | |
| 461. Miami-Dade Cnty FL VX3 (X) | A | Interest | J | T | | | | | |
| 462. Houston TX NL6 (X) | | None | M | T | | | | | |
| 463. Castle Rock CO DD1 (X) | B | Interest | K | T | | | | | |
| 464. Idaho Health FACS VJ5 (X) | A | Interest | K | T | | | | | |
| 465. Harris CO JE5 (X) | A | Interest | K | T | | | | | |
| 466. Miami-Dade Cnty UZ4 (X) | C | Interest | L | T | | | | | |
| 467. Dallas Ft Worth SR2 (X) | B | Interest | K | T | | | | | |
| 468. Houston TX Util Sys JN8 (X) | A | Interest | J | T | | | | | |
| 469. Hamilton Cnty OH YV5 (X) | A | Interest | K | T | | | | | |
| 470. Pennsylvania ST TPK GTFO (X) | C | Interest | M | T | | | | | |
| 471. New York CIty X99 (X) | B | Interest | L | T | | | | | |
| 472. Laredo TX GX5 (X) | B | Interest | K | T | | | | | |
| 473. Franklin Cntty BN6 (X) | B | Interest | K | T | | | | | |
| 474. Ohio St Pub DE1 (X) | B | Interest | L | T | | | | | |
| 475. Santa Ana CA EU6 (X) | A | Interest | J | T | | | | | |
| 476. Baltimore MD TF7 (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 38

**Name of Person Reporting**

AFRICK, LANCE M.

**Date of Report**

11/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Glendale AZ BR4 (X) | A | Interest | J | T | | | | | |
| 478. Lorain Co Ohio JD1 (X) | A | Interest | J | T | | | | | |
| 479. Mississippi St 7D5 (X) | B | Interest | K | T | | | | | |
| 480. Wayne St WU4 (X) | A | Interest | K | T | | | | | |
| 481. Illinois Fin GX1 (X) | A | Interest | J | T | | | | | |
| 482. Atlanta GA Arpt RSQ (X) | A | Interest | K | T | | | | | |
| 483. Amgen Inc | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 484. Bristol Myers Squibb CO | | None | J | T | Buy | 11/08/16 | J | | |
| 485. CVS Health Corp | | None | J | T | Buy | 11/08/16 | J | | |
| 486. Alphabet Inc CL A | | None | J | T | Buy | 11/08/16 | J | | |
| 487. Exxon Mobil Corp | | None | J | T | Buy | 11/08/16 | J | | |
| 488. Gen Electric CO | | None | J | T | Buy | 11/08/16 | J | | |
| 489. Lockheed Martin Corp | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 490. Mondelez Intl Inc | | None | J | T | Buy | 11/08/16 | J | | |
| 491. Metlife Inc | | None | J | T | Buy | 11/08/16 | J | | |
| 492. Total SA Symbol TOT | | None | J | T | Buy | 11/08/16 | J | | |
| 493. United Parcel Service Symbol UPS | A | Dividend | J | T | Buy | 11/08/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Ferrari NY Symbol RACE (X) | A | Dividend | | | Sold | 11/08/16 | J | A | |
| 495. NB Strategic Co (2) | | None | K | T | Buy | 01/28/16 | J | | |
| 496. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 497. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 498. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 499. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 500. UBS Bank USA Dep Acct (X) | | None | M | T | | | | | |
| 501. UBS AG Deposit Account (X) | | None | O | T | | | | | |
| 502. JP Morgan Strategic Income | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 503. Blackrock Stratetgic Income I | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 504. Sterling Capitol Ultra Short Bond Fund | A | Dividend | L | T | Buy | 02/22/16 | L | | |
| 505. Blackrock Global Long Short Equity | | None | J | T | Buy | 02/23/16 | J | | |
| 506. Thornburg Limited Term Municipal | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 507. Amgen Inc AMGN | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 508. Boeing Company BA | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 509. British Amer BTI | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 510. Colgate CL | A | Dividend | J | T | Buy | 02/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Alphabet Inc GOOGL | | None | J | T | Buy | 02/25/16 | J | | |
| 512. Crane Co CR | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 513. Duagei PLC DEO | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 514. Genl Electric GE | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 515. Home Depot Inc HD | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 516. Illinois Tool ITW | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 517. Intel Corp INTL | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 518. Johnson Controls JCI | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 519. Lockheed Martin LMT | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 520. Microsoft Corp MSFT | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 521. Mondelez MDLZ | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 522. Medtronic MDT | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 523. Nordstrom JWN | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 524. Novartis NVS | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 525. Nextero NEE | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 526. Occidental OXY | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 527. Pepsico Inc PEP | A | Dividend | J | T | Buy | 02/25/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 38

Name of Person Reporting

AFRICK, LANCE M.

Date of Report

11/20/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Proctor & Gamble PG | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 529. Rockwell Automation ROK | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 530. Invesco IVZ | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 531. Texas Instruments TXN | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 532. Union Pacific Corp UNP | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 533. Total SA France TOT | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 534. United Parcel Service UPS | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 535. United Technologies UTX | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 536. VF Corp VFC | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 537. YUMI Brands YUM | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 538. Blackrock Global Long/Short Credit | | None | | | Buy | 02/23/16 | K | | |
| 539. | | | | | Sold | 08/15/16 | J | A | |
| 540. Blackrock BDMIX | | None | | | Buy | 02/23/16 | J | | |
| 541. | | | | | Sold | 08/15/16 | J | A | |
| 542. Nuveen Short Duration NVHIX | A | Dividend | K | T | Buy | 02/22/16 | J | | |
| 543. | | | | | Buy (add'l) | 08/12/16 | J | | |
| 544. Thornburg Limited Term Municipal | | None | K | T | Buy | 02/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 11/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Multiple previously unreported assets were distributed to the reporter from the no-longer reportable assets: Africk Investments, Inc and Africk Family Investments, LP.

2. Multiple previously unreported assets were inherited.

\* Amended report

3. Assets listed on the initial 2016 FDR as 286, 292 were deleted as they were determined to be duplicates of the asset listed as 496. NB Strategic Co (2) on the initial 2016 FDR.

| Name of Person Reporting | Date of Report |
|---|---|

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| AFRICK, LANCE M. | 11/20/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544